IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:10-CR-0200 |
| | § | |
| MICHAEL ANTHONY CAMPBELL, | § | |
| | § | |
| Defendant. | § | |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Now before the Court is the request for revocation of Defendant's supervised release. After the District Judge referred the matter to this Court for a report and recommendation, the Court conducted a hearing on July 13, 2017 to determine whether Defendant violated his supervised release. Defendant was represented by Robert Arrambide. The Government was represented by Kenneth McGurk.

Michael Anthony Campbell was sentenced on October 31, 2012, before the Honorable Michael H. Schneider of the Eastern District of Texas after pleading guilty to the offense of Possession of a Firearm While an Unlawful User of a Controlled Substance, a Class C felony. This offense carried a statutory maximum imprisonment term of not more than 10 years imprisonment. The guideline imprisonment range, based on a total offense level of 15 and a criminal history category of IV, was 30 to 37 months. Michael Anthony Campbell was subsequently sentenced to 33 months imprisonment followed by a 3-year term of supervised release subject to the standard conditions of release, plus special conditions to include financial disclosure, drug testing and treatment, and a $100 assessment. On March 6, 2015, Michael Anthony Campbell completed his

period of imprisonment and began service of his supervision term. On March 9, 2016, this case was reassigned to United States District Judge Amos L. Mazzant, III.

On August 29, 2016, the U.S. Probation Officer executed a Petition for Warrant or Summons for Offender Under Supervision [Dkt. 67, Sealed]. On July 8, 2017, the U.S. Probation Officer executed a First Amended Petition for Warrant or Summons for Offender Under Supervision [Dkt. 79, Sealed] to replace the original Petition to Revoke filed on August 29, 2016, to correct the date supervision commenced and reflect that supervision commenced March 6, 2015. The Amended Petition asserts that Defendant violated two (2) conditions of supervision, as follows: (1) Defendant shall not unlawfully possess a controlled substance; and (2) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

The Petition alleges that Defendant committed the following acts: (1) Defendant submitted urine specimens, which tested positive for methamphetamine on January 29, July 19, and August 1, 2016. On March 7, 2016, Defendant submitted a urine specimen which tested positive for methamphetamine and marijuana; and (2) On each of January 29, July 19, August 1, 2016 and March 7, 2016, the specimens were confirmed positive by Alere Toxicology Services, Inc.

Prior to the Government putting on its case, Defendant entered a plea of true to all of the allegations of the Petition. Having considered the Petition and the plea of true to allegations one (1), and two (2), the Court finds that Defendant did violate his conditions of supervised release. Defendant waived his right to allocate before the District Judge and his right to object to the report and recommendation of this Court.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, the Court recommends that Defendant's supervised release be revoked and that he be committed to the custody of the Bureau of Prisons to be imprisoned for a term of fifteen (15) months, with no term of supervised release to follow.

The Court also recommends that Defendant be housed in the Bureau of Prisons North Texas area facility, if appropriate.

**SIGNED this 13th day of July, 2017.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE